MARY WOOD PRATT, Appellant, v. GEORGE BURNS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK E. DAWLEY v. CHARLES S. WILSON, as Commissioner of Agriculture of the State of New York.— Motion for leave to appeal to the Court of Appeals is granted and the following questions are certified: "1. Was this proceeding properly remitted by this court to the Commissioner of Agriculture, directing him to make an award upon the correct theory? 2. If so, was this court in error in refusing to order said Commissioner of Agriculture to make his determination solely upon the record heretofore made?" Cochrane, P. J., not voting. [See 200 App. Div. 537; 202 id. 771.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ST. LAWRENCE TRANSMISSION COMPANY v. PUBLIC SERVICE COMMISSION and OSWEGATCHIE LIGHT, HEAT AND POWER COMPANY.— Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IGNATZ MIZHER, Appellant.— Judgment of conviction affirmed, on the authority of *People* v. *Gitlow* (234 N. Y. 132). All concur, except Cochrane, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE E. DEMING, as Executor, etc., of GEORGIANNA B. WRIGHT, Relator, v. WALTER W. LAW, JR., and Others, Constituting the State Tax Commission, Respondents.— Motion granted.

LOUIS PESNICAK, Respondent, v. NICHOLAS F. ALEX, Defendant, Impleaded with JACOB ALEX, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ALICE RYAN, as Administratrix, etc., of EDWARD F. RYAN, Deceased, Respondent, v. THE FEENEY & SHEEHAN BUILDING COMPANY, Appellant.— Motion to amend granted. Motion for reargument denied.

REGAL ART PRESS, ED. L. HITCHCOCK & Co., Respondent, v. ALTON C. DEAN, Appellant.— Order modified by providing for the payment by the plaintiff of all taxable costs up to but not including the trial fee, together with costs of the motion, and as modified unanimously affirmed, with ten dollars costs and disbursements to the appellant.

JOHN STOUT, Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Motion denied.

WILLARD H. WELLS, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads and Agent Designated by the President of the United States under Section 206 of the Transportation Act, 1920,* Appellant.— Motion denied, with ten dollars costs.

F. H. WHITE and THOMAS W. COOKE, Respondents, v. FRANK P. COWARD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. All concur.

---

\* See 202 App. Div. 863, 864, foot note.— [REP.